```
     UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

     IN RE:                                          CASE NO. 08 B 04421
        JAY TURINGAN
                                                     CHAPTER 13

                                                     JUDGE: MANUEL BARBOSA

               Debtor
        SSN XXX-XX-9511


     ------------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
     ------------------------------------------------------------------------------
          Glenn Stearns, Chapter 13 Standing Trustee, submits the following
     Final Report and Account of the adminstration of the estate pursuant to
     11 USC 1302(b)(1).

         1.   The case was filed on 02/27/08 .

         2.   The case was dismissed without confirmation, 04/24/2008.

         3.   The Debtor paid a total of $    2406.88 .

     ------------------------------------------------------------------------------
     CREDITOR NAME               CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                                     PAID          PAID
     ------------------------------------------------------------------------------
     CHASE HOME FINANCE          CURRENT MORTG         .00            .00           .00
     CHASE HOME FINANCE          MORTGAGE ARRE   NOT FILED            .00           .00
     HSBC MORTGAGE SERVICES      SECURED               .00            .00           .00
     HSBC MORTGAGE SERVICES      MORTGAGE ARRE   NOT FILED            .00           .00
     BANCO POPULAR NORTH AMER    SECURED VEHIC         .00            .00           .00
     APPLIED CARD BANK           UNSECURED       NOT FILED            .00           .00
     ARROW FINANCIAL SERVICES    UNSECURED       NOT FILED            .00           .00
     FIA CARD SERVICES           UNSECURED       NOT FILED            .00           .00
     CACH LLC                    UNSECURED       NOT FILED            .00           .00
     CAPITAL ONE BANK            UNSECURED       NOT FILED            .00           .00
     CAPITAL ONE BANK            UNSECURED       NOT FILED            .00           .00
     CITIBANK                    UNSECURED       NOT FILED            .00           .00
     CREDIT PROTECTION ASSOC     UNSECURED       NOT FILED            .00           .00
     DELL FINANCIAL              UNSECURED       NOT FILED            .00           .00
     FIRST NATIONAL BANK MARI    UNSECURED       NOT FILED            .00           .00
     RESURGENT CAPITAL SERVIC    UNSECURED       NOT FILED            .00           .00
     RESURGENT CAPITAL SERVIC    UNSECURED       NOT FILED            .00           .00
     SEARS BKRUPTCY RCVRY MGM    UNSECURED       NOT FILED            .00           .00
                Summary of disbursements:
     ------------------------------------------------------------------------------
                         SECURED      PRIORITY    UNSECURED         OTHER         TOTAL

     TOTAL CLMS ALLOWED       .00          .00          .00           .00           .00
     PRINCIPAL PAID           .00          .00          .00           .00           .00
     INTEREST PAID            .00          .00          .00           .00           .00
     TOTAL PAID               .00          .00          .00           .00           .00
     The Debtor's attorney, ROBERT J SEMRAD & ASSOC       , was allowed $         .00
     and was paid $        .00 .

     The Trustee received $       .00 .

     Refunds to the Debtor totaled $   2406.88 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 12/17/08                           /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE










                                    PAGE  2
        CASE NO. 08 B 04421 JAY TURINGAN